Dear Judge Kobick,

We are parents writing to you before the sentencing of our son, Estes Carter Thompson III, next month in your court.

The crimes he pleaded guilty to are serious and he should be punished for this first federal offense. We have noticed that his outlook was more positive when he was in restrictive environments. Those included the more disciplined probationary life when he joined the airline staff as well as latter stays in alcohol rehab at Fellowship Hall in Greensboro NC and in pre-sentence detention at Donald Wyatt in Rhode Island.

We will be in our 90s and may not be alive when he is released, a reality that hurts tremendously most days. His father is determined to pick him up on that day, even if he's in his 90s. Our current ages (75 and 77) and health are the reasons we won't attend the sentencing hearing in person. We hope the sentencing will be available on Zoom.

You should know this letter was written jointly, although we are divorced, because we share love and concern for our son.

Carter has been a kind and thoughtful son. He never gave us trouble in his adolescence. Once he was employed he had the resources to seek treatment for depression, but how he landed where he has is a mystery to us, to him and his entire family. He played sports, went on church-sponsored mission trips to Appalachia, Katrina recovery and Haiti. He enjoyed community service, working at the Food Bank in Raleigh on Saturdays. He was academically successful, and always had girlfriends who he treated with respect.  His alcohol abuse started in college along with bouts of depression and followed him after graduation. We are perplexed and will never know when this dark side showed itself. We still wonder if there wasn't something we could've done for him.

He hopes to continue his education in prison and possibly work with other sex offenders in some capacity. His focus is on the future and we feel that with continued therapy he can find a way to contribute to society after release.  Please give him this chance.

Sincerely,

Mary Duncan Thompson

Estes C Thompson II