To :     Federal Court System / To Whom It May Concern:

From:   Jennifer H Brock

███████████████████████

████████████████

RE:     Estes Carter Thompson III Court Sentencing July 23,2025

I want to offer up my past with Estes Carter Thompson III in hopes that he will receive an appropriate term of incarceration.  A term that will allow him to reform and re-enter society.

I met Carter the day he was adopted. A precious baby that filled the hearts of his family and friends. Carter was a happy, charming young boy. My family and his vacationed from the mountains to the sea over the years. Though my sons were older and not in the same age participations; I was aware of his successes in school, with peers, and church involvement.  We were best friends with his parents until our family relocated to Wilmington NC in 1997. All of us continued communication in some form that still exists today. Estes Carter Thompson competently finished his four year degree at East Carolina University. Upon graduation and employment independence he would visit our home with his mother at times; and also, as an individual when he was in the area.

He has always exhibited courteous behavior, helpfulness, and had engaging conversations. When my husband died, Carter was here in support.

As stated earlier I hope the Court will treat EC Thompson III with as much fairness as possible. He is a kind hearted man that I believe will work well to receive therapy and make it work for himself. People can and do make mistakes. Going the wrong path and not realize where they are. Though his actions have been grave, detrimental, and absolutely wrong; it would be in the best interest of all if he can be rehabilitated.  I do feel that he can successfully return to society. A long sentence would be negative and probably not serve the purposes intended. Estes Carter Thompson will strive and successfully rehabilitate to become a renewed respectful, productive member of society again.

Thank you for your interest, time, and consideration.

Sincerely

Jennifer H Brock

███████████████████████

████████████████