Personal Experience of Knowing Ester Carter Thompson III                    04/09/2025

To whom it may concern,

**My name is Dorothy D Holmes. I reside at** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I have known Carter Thompson since he was just a few days old. I have a son the same age as Carter, and they grew up together. They both attended pre-school together at White Memorial Presbyterian Church, attended Sunday School together, and remained close friends all through their childhood and adolescence. As young men and adults, their paths did not cross regularly, but they were always very happy to see each other when they did.

I have always loved Carter dearly. He was a sweet and smart child, and I watched him grow into a kind and thoughtful young man. I never witnessed any behavior nor had any conversation with Carter that I found disturbing or questionable in any way.

I spent many hours with Carter and his entire nuclear family over the years. Both Estes and Mary Duncan were loving and supportive parents to both of their children, and the household was a bright nurturing environment.

I sincerely feel that with appropriate therapeutic work, Carter is a perfect candidate to return to the public environment without fear of mishap. I firmly feel that Carter can be a productive and beneficial member of the general population and that a lengthy incarceration serves no purpose.

Respectfully,

*(signature)* Dorothy D Holmes                   04/09/2025

Dorothy D Holmes