I am the minister at Clarksville Presbyterian Church in Clarksville, Virginia where I have served for the past six years and where Estes Carter Thompson III's father (who is also named Estes) worships on a regular basis.  I have met Carter in various social settings and found him to be friendly, engaging, and attentive to his father who has had some health issues in recent years.  I am aware that both Carter's father and mother have voiced their support of their son since his arrest and incarceration and I would like to add my voice to theirs and urge the court to extend grace in its sentencing.


Rev¡.Annette.Eckerd.Goard
Pastor, Clarksville Presbyterian Church