An introduction as to why I am writing this letter and my connection to Estes Carter Thompson is in order. My name is Glenn Marshall and I have been in a relationship with Carter's Mom for the last eight years following a friendship of 50+ years.

Carter would visit with us on weekends or whenever he had a few days off from American Airlines. He and my son, Stuart are very close almost like brothers. Carter lived with us following his discharge from Friendship Hall, a Drug and Alcohol Rehabilitation Program until his arrest on 1-18-2024. I employed him at my Construction Company on several occasions when he was available to work. He was a diligent worker and a quick learner, always polite and eager to please.

Carter is guilty of a very serious crime and should pay for it. No one close to him understands WHY this happened. He stands ready to accept his sentencing and move forward with his life.

He has no prior criminal record. I do not feel that he deserves a long prison term. But he does deserve a chance to start over.

Sincerely,

Glenn Marshall